

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ronald Edgar Lee, Jr.,                      * From the 104th District Court
                                        of Taylor County
                                        Trial Court No. 19309B.

Vs. No. 11-18-00140-CR             * August 8, 2019

The State of Texas,                     * Per Curiam Memorandum Opinion
                                          (Panel consists of: Bailey, C.J.,
                                          Stretcher, J., and Wright, S.C.J.,
                                          sitting by assignment)
                                          (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect the following: "The age of the victim at the time of the offense was 9 years," and the "Statue for Offense" is "22.021(a)(1)(B)(i), (a)(2)(B) Penal Code." As modified, we affirm the judgment of the trial court.